Form 605

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **ULOCK INC.**<br>  *Debtor(s)* | : <br> : <br> : | Case No. 22–20823–GLT<br>Chapter: 7 |
| SHANNI SNYDER, as assignee of Robert Slone, Chapter 7 Trustee for U Lock, Inc.<br>  *Plaintiff(s),*<br><br>  v.<br>CHRISTINE BIROS, and the BIROS IRREVOCABLE LIFE INSURANCE TRUST,<br>  *Defendant(s).* | : <br> : <br> : <br> : <br> : <br> : <br> : | Adversary No. 23–02020–GLT<br>Related to Document No. 22<br><br>Hearing Date: ***6/22/23*** at ***11:00 AM*** |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 17th of May, 2023***, a ***Motion to Dismiss Amended Complaint Pursuant to Rule 7012(B)(6) of the Federal Rules of Bankruptcy Procedure and Rule 12(B)(6) of The Federal Rules of Civil Procedure*** having been filed by Christine Biros and the Biros Irrevocable Life Insurance Truste together with Biros, The Defendants at Doc. No. 22,

It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

(1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a ***Certificate of Service***. ***Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.***

(2) ***On or before June 5, 2023,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3) An in–person hearing will be held on June 22, 2023 at 11:00 AM before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non–evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's **General Procedures.**

Register here: (http://www.pawb.uscourts.gov/judge–taddonios–video–conference–hearing–information).

General Procedures: (http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt–proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(4) If, after proper service, a Responding Party fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L Taddonio, refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5) A maximum of ten (10) minutes has been allotted to hear this matter. Should this matter require more than ten (10) minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: Christine Biros
    Biros Irrevocable Life Insurance Trust
    Mark A. Lindsay, Esq.